## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re**: } | |
| SOOMOCK SHIM } | Chapter 13 |
| } | Case No. 23-12052-AMC |
| } | |
| **Debtor** } | HEARING: November 1, 2023 |
| } | TIME: 11 a.m. |
| } | DOC. NO. : 24 |

## **ORDER**

AND NOW, upon consideration of the Trustee's Objection to the Debtor's Claim of Exemptions, and after notice and hearing, it is hereby ORDERED that the Objection is SUSTAINED.

The Debtor's election to use the Pennsylvania state exemptions on the equity of his residence located at 402 Victoria Drive, Montgomeryville, PA 18936 shall be disallowed in its entirety.

IT IS FURTHER ORDERED, that Debtor shall have seven (7) days from the date of entry of this Order to file an Amended Schedule C utilizing exemptions available to him under section 11 U.S.C. § 522(b)(2).

Date: November 3, 2023

_____
UNITED STATES BANRUPTCY JUDGE