# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Soomock Shim | : CHAPTER 13 |
| xxx-xx-1277 | : |
| 402 Victoria Drive | : |
| Montgomeryville PA 18936 | : NO. 23-12052-AMC |
| | : |
| | : ☐ ORIGINAL PLAN |
| | : |
| Debtor | : ☒  4th AMENDED PLAN |
| | : |
| | : DATE May 22, 2024 |

## CERTIFICATION OF SERVICE

I, Michael W. Gallagher, Esquire, attorney for the Debtor, do hereby certify that on May 22, 2024 I did serve the attached Chapter 13 Plan by electronic means or regular first class mail, postage prepaid, on the persons set forth below, at the addresses listed with each name:

Office of the U.S. Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Scott F. Waterman Esquire
Standing Chapter 13 Trustee
Ann E. Swartz, Esquire
P.O. Box 4010
Reading, PA 19606

Bank of America Correspondence
P.O. Box 982234
El Paso, TX  79998-2234

Capital One
1680 Capital One Drive
McLean, VA  22102-3491.

Midland Funding LLC
P.O. Box 2011
Warren MI 48090

Portfolio Recovery Associates
120 Corporate Blvd.
Suite 100
Norfolk, Va  23502

Victoria Court Condominium Assn.
975  Easton Rd. Suite 102
Warrington, PA  1897612052

Lauren Moyer Esquire
Manley Deas Kochalski LLC
1515 Market St.
Suite 830
Philadelphia, PA  19102
Attorney for SN Servicing/US Bank NA

William Edward Craig, Esquire
Morton & Craig
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

Date:May 22, 2024          /s/ Michael W. Gallagher
                           Michael W. Gallagher, Esquire
                           600 West Germantown Pike
                           Suite 400
                           Plymouth Meeting PA 19462
                           (484)679-1488
                           (610)365-7919 Fax
                           Attorney for Debtor